# IN THE UNITED STATES DISTRICT COURT
# FOR EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **UNOWEB VIRTUAL, LLC,** | ) |
| *Plaintiff*, | ) |
| v. | ) Civil Action No. 2:19-cv-00008-JRG |
| **OPEN TEXT INC.,** | ) |
| *Defendant*. | ) |

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff UnoWeb Virtual, LLC ("UnoWeb") and Defendant Open Text Inc. ("OpenText") hereby jointly stipulate that:

(1)   UnoWeb's claims in this action against Open Text Inc. are hereby dismissed with prejudice, with each Party bearing its own costs, expenses, and attorneys' fees; and

(2)   OpenText's counterclaims in this action against UnoWeb are hereby dismissed with prejudice, with each Party bearing its own costs, expenses, and attorneys' fees.

Dated:  October 14, 2019

Respectfully submitted,

/s/  Eric J. Carsten_____
Elizabeth L. DeRieux (TX Bar No. 05770585)
CAPSHAW DERIEUX, LLP
114 E. Commerce Ave.
Gladewater, Texas 75647
Telephone: 903-845-5770
E-mail: ederieux@capshawlaw.com

Eric J. Carsten (CA SB No. 232494)
CARSTEN LAW PC
12424 Wilshire Blvd., 12th Floor
Los Angeles, CA 90025
Telephone: 424-273-4160
E-mail: ecarsten@carstenlaw.com

*Attorneys for UnoWeb Virtual, LLC*


/s/ Charles Ainsworth_____
Charles Ainsworth
State Bar No. 00783521
PARKER, BUNT & AINSWORTH PC
100 E. Ferguson St., Suite 418
Tyler, Texas 75702
Telephone: (903) 531-3535
Email: charley@pbatyler.com

Timothy Carroll
Manny J. Caixeiro
Steve Lubezny
Katherine R. McMorrow
DENTONS US LLP
233 South Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone: (312) 876 8000
Fax: (312) 876 7934
tim.carroll@dentons.com
manny.caixeiro@dentons.com
steve.lubezny@dentons.com
kate.mcmorrow@dentons.com

*Attorneys for Defendant and Counterclaim Plaintiff Open Text, Inc.*